STATE of Missouri, Respondent,

v.

Timothy BARR, Appellant.

No. 72610.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 30, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Defendant Timothy Barr appeals from the judgment entered after a jury convicted him of first degree murder in violation of section 565.020, RSMo 1994, three counts of first degree assault in violation of section 565.050, RSMo 1994, and four counts of armed criminal action in violation of section 571.015, RSMo 1994. In his appeal, Defendant contends the trial court erred in allowing evidence concerning a prior uncharged crime.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however,